Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES for the DISTRICT COURT    FILED

_____ District of _____

ALEXANDRIA Division

2026 APR -2 P 3: 39

Benjamin Terry

Case No. 1:26cv904- PTG -WEF

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

The National Urban League
The District of Columbia
The State of Maryland
The State of Virginia
The United States Department of Agriculture

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT AND REQUEST FOR INJUNCTION

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Benjamin Terry |
| Street Address | 79 Goulding Avenue |
| City and County | Buffalo, Erie County |
| State and Zip Code | New York 14208 |
| Telephone Number | (202) 810-5142 |
| E-mail Address | emailbenterry@gmail.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | The National Urban League |
| Job or Title *(if known)* | Marc Morial (President and Chief Executive Officer ) |
| Street Address | 117  W 125th Street, 3rd Floor |
| City and County | New York, Manhattan |
| State and Zip Code | New York 100027 |
| Telephone Number | 212-558-5300 |
| E-mail Address *(if known)* | efriedman@nul.org |

Defendant No. 2

| | |
|---|---|
| Name | District of Columbia |
| Job or Title *(if known)* | Muriel Bowser (Mayor) |
| Street Address | 1350 Pennsylvania Avenue, NW, |
| City and County | Washington, Ward 2 |
| State and Zip Code | 20004 |
| Telephone Number | (202) 727-2643 |
| E-mail Address *(if known)* | eom@dc.gov |

Defendant No. 3

| | |
|---|---|
| Name | State of Virginia |
| Job or Title *(if known)* | Abigail Spanberger, Governor |
| Street Address | 978 McGuffin Road |
| City and County | Warm Springs, Bath County |
| State and Zip Code | Virginia 23219 |
| Telephone Number | 804-786-2211 |
| E-mail Address *(if known)* | Abigail.Spanberger@governor.virginia.gov |

Defendant No. 4

| | |
|---|---|
| Name | The State of Maryland |
| Job or Title *(if known)* | Wes Moore, Governor |
| Street Address | 100 State Circle |
| City and County | Annapolis, Anne Arundel County |
| State and Zip Code | Maryland 21201 |
| Telephone Number | (410) 974-3901 |
| E-mail Address *(if known)* | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 5

| | |
|---|---|
| Name Job or Title *(if known)* | United States Department of Agriculture |
| Street Address | 1400 Independence Ave, SW |
| City and County | Washington, DC |
| State and Zip Code | District of Columbia 20250 |
| Telephone Number | 202-720-1505 |

E-mail Address *(if known)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                              ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
1st Amendment, 3rd Amendment, 4th Amendment, 5th Amendment, Sixth Amendment, Tenth Amendment

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Benjamin Terry                          , is a citizen of the State of *(name)* Maryland                          .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b.    If the defendant is a corporation

The defendant, *(name)* NationalUrbanLeague, MD, VA, DC, USDA , is incorporated under

the laws of the State of *(name)* NY, MD, VA, DC , and has its

principal place of business in the State of *(name)* NY, MD, VA, DC .

Or is incorporated under the laws of *(foreign nation)* .

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy
The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Dueto subjectcircumstances,thePlaintiffseeksto recover loss ofwages, retirementsavingsan outstanding debt, along with damages suffered from mental and emotional stress.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.
Where did the events giving rise to your claim(s) occur?
ThePlaintiffattestto beingsubjected to defamation,fraud, stalking, harassment, physicalassault,social matrixing and electronic surveillance due to his religious and philosophical beliefs. The Plaintiff has traversed throughout Maryland, the District of Columbia, Virginia, North Carolina, Pennsylvania, New York Delaware, West Virginia, Kentucky, Arkansas, Louisiana, Georgia, California, Mississippi, Kansas, and Io and has experienced the circumstances described.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

The events began in November 2008 and continue to present date.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
The Plaintiff attest to being subjected to defamation, fraud, stalking, harassment, physical assault, social matrixing and electronic surveillance due to his religious and philosophical beliefs as described in the attached memorandum.

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.
The Plaintiff attests that the combined actions have deprived him of life, liberty and property. Furthermore, the Plaintiff believes that he has been tried and convicted in the court of public opinion prior to any knowledge of the accusations against him.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
Due to subject actions, the Plaintiff requests renumeration equal of loss wages, remediation for emotional and mental distress, lost property, prestige and life. The Plaintiff requests that the amount be disclosed at a later date c to current electronic tampering and interception of personal data.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          03/31/2026

Signature of Plaintiff

Printed Name of Plaintiff       Benjamin Terry

### B.     For Attorneys

Date of signing:     04/02/26

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Print        Save As...        Add Attachment        Reset

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_Alexandria_____DIVISION

BENJAMIN TERRY
_____
        Plaintiff(s),

v.

Civil Action Number: _1:26cv904 - PTR-WEF_

DC, MD, VA, USDA, NATIONAL URBAN LEAGUE
_____
        Defendant(s),

## LOCAL RULE 83.1 (N) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of _BENJAMIN TERRY VS. DC, MD, VA, USDA, NATIONAL URBAN LEAGUE_
                                                              (Title of Document)

_BENJAMIN TERRY_____
Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _04/02/26_____ (Date)

                              OR

The following attorney(s) prepared or assisted me in preparation of _____.
                                                            (Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)